This decision of the New Mexico Court of Appeals was not selected for publication in the New Mexico Appellate Reports. Refer to Rule 12-405 NMRA for restrictions on the citation of unpublished decisions. Electronic decisions may contain computer-generated errors or other deviations from the official version filed by the Court of Appeals.

**IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO**

**No. A-1-CA-40621**

**GEORGE HARRISON, Special Prosecutor o/b/o the DISTRICT ATTORNEY OF THE THIRD JUDICIAL DISTRICT,**

        Petitioner-Appellee,

v.

**KIM STEWART, Sheriff of Doña Ana County,**

        Respondent-Appellant.

**APPEAL FROM THE DISTRICT COURT OF DOÑA ANA COUNTY**
**John P. Sugg, District Court Judge**

George Harrison, Special Prosecutor
Heather C. Chavez, Chief Deputy District Attorney
Las Cruces, NM

for Appellee

Nelson J. Goodin, Doña Ana County Attorney
Las Cruces, NM

for Appellant

**MEMORANDUM OPINION**

**DUFFY, Judge.**

**{1}**    Summary affirmance was proposed for the reasons stated in the notice of proposed summary disposition. No memorandum opposing summary affirmance has been filed, and the time for doing so has expired. **AFFIRMED.**

{2}     IT IS SO ORDERED.

MEGAN P. DUFFY, Judge

WE CONCUR:

JACQUELINE R. MEDINA, Judge

JANE B. YOHALEM, Judge